# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1769

_____

Christopher Kluding,                        *
                                            *
                Appellant,                  *
                                            *
    v.                                      *
                                            *
Marvin D. Morrison, Warden;                 *
G. Jackson, Correctional Officer;           *    Appeal from the United States
Doe, one unknown named Lieutenant           *    District Court for the Eastern
of Operations; Ward Lieutenant;             *    District of Arkansas.
Captain M. D. Smith; D. Jackson,            *
Correctional Counselor; Gary Bryant,        *         [UNPUBLISHED]
Unit Manager; A. Wilburn, Case              *
Manager; J. C. Jenkins, D.H.O.; D.          *
Vansandt, E.M.T.; Dr. Weaver;               *
J. Prince, C.D.; Paul Celestin, H.S.A.;     *
Ronald G. Thompson, Regional                *
Director; P. Zanarilla, Paralegal;          *
Harrell Watts, Administrator; United        *
States Bureau of Prisons,                   *
                                            *
                Appellees.                  *

_____

Submitted:  June 24, 2002

Filed:  July 1, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Christopher Kluding appeals the district court's pre-service dismissal of his civil action for failure to state a claim. Having carefully reviewed the record, we conclude dismissal was proper. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.